UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

August 24, 2004

## ORDER SCHEDULING CONFERENCE

RE:   Van Leer II v. Mercantile Safe, et al.
      Civil Action No.: MJG-02-2119 and MJG-02-2165

Dear Counsel:

   Please be advised that a conference in the above-entitled case has been set for Tuesday, September 14, 2004 at 10:30 a.m., and will be held in my chambers (Room 8B).

   No later than Tuesday, September 7, 2004, I would like to receive by regular mail, facsimile, or carrier, **not electronically,** a short ex parte letter from each party candidly setting forth the difficulties that you have been experiencing with the settlement of these matters.

   Despite the informal nature of this letter it will constitute an order of the Court and will be docketed accordingly.

Very truly yours,

Paul W. Grimm
United States Magistrate Judge

cc:   Honorable Marvin J. Garbis
      Court File