IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                  *

BLAKE R. VAN LEER, III                  *

       Debtor                       *

\*     \*     \*     \*            \*

MERCANTILE-SAFE DEPOSIT                 *
& TRUST CO.
       Appellant                    *

       vs.                          *CIVIL ACTION NO. MJG-02-2165

BLAKE R. VAN LEER, II, et al.           *

       Appellee                     *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER REOPENING CASE

It appears necessary to reopen the case so as to resolve certain matters in connection with a potential settlement of the case.

Accordingly,

1. This case is hereby REOPENED.

2. If the case is not settled by December 15, 2004, Appellant shall arrange a telephone conference to be held by December 31, 2004 to discuss further proceedings herein.

SO ORDERED, on Tuesday, November 2, 2004.

                                                  / s /
                                       Marvin J. Garbis
                                  United States District Judge